# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

161254

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ANDREW P. CAMPBELL,
         Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,
         Respondent-Appellant.
_____/

SC: 161254
COA: 350248
Tax Tribunal: 18-004009-TT

      On order of the Chief Justice, the Real Property Law Section of the State Bar of Michigan is GRANTED fifteen minutes of oral argument time separate from that of the parties.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2021



Clerk